FILED ___ ___ LODGED
RECEIVED ___ COPY

FEB 2 7 2003

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ Z DEPUTY

___ FILED ___ LODGED
RECEIVED ___ COPY

MAR - 5 2003

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Elaine L. Chao, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>Local 580, Transport Workers Union of America, AFL-CIO,<br><br>Defendant. | CIV-01-1659-PHX-RCB<br><br>**PROPOSED ORDER** |

In consideration of the Stipulation For Compromise Settlement filed with the Court by the parties on February 21, 2003, it is hereby Ordered that,

This Court shall retain jurisdiction over this matter, and this action will be maintained on the docket of this Court, pending completion of the next regularly scheduled nominations and election, after which the Secretary of Labor shall certify to the Court the names of the persons elected and that such election was conducted in accordance with the provisions of Title IV of the Act and consistent with the Compromise Settlement. Upon approval of such certification, the Court shall thereupon enter a decree declaring such persons to be the officers of the labor organization and further providing that each party shall bear its own attorney's fees and costs.

DATED this _____ day of _____, 2003.

THE HONORABLE ROBERT C. BROOMFIELD
United States District Court Judge