# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Elaine L. Chao, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>Local 580, Transport Workers Union of America, AFL-CIO,<br><br>Defendant. | CIV-01-1659-PHX-RCB<br><br>**PROPOSED ORDER** |

In consideration of the Notice of Certification of Election filed with the Court by the United States, it is hereby Ordered that,

The Certification of Election is approved; and further

This Court decrees that the following persons have been duly elected to the following offices of Local 580, Transport Workers Union of America, AFL-CIO:

| | |
|---|---|
| Patrick J. Rexler | President |
| Dave Bluford | First Vice President |
| John Nielsen | Second Vice President |
| Chris Lenzi | Recording and Financial Secretary/Treasurer |
| Deanna Gamero-Srasi | Executive Board |
| Roger Reusch | Executive Board |
| David E. Vincent | Executive Board; |

This Court further decrees that each party shall bear its own attorney's fees and costs.



1 | DATED this __15__ day of _____June_____, 2004.
2 |
3 |
4 |
5 | _____
  | THE HONORABLE ROBERT C. BROOMFIELD
  | United States District Court Judge