___ FILED    ✓ LODGED
___ RECEIVED ✓ COPY

JUN 2 3 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ E DEPUTY

___ FILED    ___ LODGED
✗ RECEIVED ___ COPY

JUN 2 5 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Elaine L. Chao, Secretary of Labor, United States Department of Labor, | CIV-01-1659-PHX-RCB |
| Plaintiff, | **PROPOSED ORDER** |
| v. | |
| Local 580, Transport Workers Union of America, AFL-CIO, | |
| Defendant. | |

In consideration of the Motion to Dismiss With Prejudice filed by the United States on behalf of the U.S. Department of Labor; and further

There being no objection by defendant;

It is hereby ordered that the matter is dismissed with prejudice.

DATED this ___24___ day of ___June_____, 2004.

THE HONORABLE ROBERT C. BROOMFIELD
United States District Court Judge