FILED ___ LODGED
RECEIVED ___ COPY

JUL 1 2 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

|  |  |
|---|---|
| ELAINE L. CHAO, | ) )  **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | ) ) )  CIV 01-1659-PHX-RCB |
| v. | ) ) ) |
| LOCAL 580, TRANSPORT WORKERS UNION OF AMERICA, AFL-CIO, | ) ) ) |
| Defendant. | ) ) ) |

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this Court having granted Plaintiff's Motion to Dismiss with prejudice, there being no objection by defendant, this action and case are terminated.

___July 12th___ ___2004___
Date

RICHARD H. WEARE
District Court Executive/Clerk

_Kathleen M. Shelia_
(By) Deputy Clerk

cc: (all counsel)

